UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAUREN KNOX,<br>    *Defendant*. | No. 3:22-cr-33 (OAW) |

**MOTION TO CONTINUE SENTENCING**

    The defendant, LAUREN KNOX, through her undersigned counsel hereby requests a continuance of her sentencing, currently scheduled for March 2, 2023, for approximately three weeks, and for the Honorable Court to issue a new schedule for the parties sentencing submissions.  The basis for this request is that the undersigned will be on vacation from February 10, 2023 to February 25, 2023, which will not leave the undersigned sufficient time to properly prepare for the sentencing in this case.  The undersigned has contacted Assistant United States Attorney Raymond Miller, and he has no objection to this request.  Therefore, for all of the above reasons the undersigned respectfully request a continuance of the sentencing in this case and the issuance of a new scheduling order for the preparation of the parties sentencing submissions.

    Respectfully submitted,

**LAUREN KNOx**

    _____/s/ ct17505_____
Francis L. O'Reilly
1735 Post Road, Suite 2C
Fairfield, CT 06824
203-319-0707
Fed. Bar. CT17505

**CERTIFICATION**

The foregoing motion was electronically filed on this date to all counsel of record.

    ____/s/ ct 17505_____

                                                               Francis L. O'Reilly