To the Honorable Judge Williams,

While I know you know the facts of my case that was previously presented, I would be remiss if I didn't make a statement to you about the case itself. I do not deny the facts of the case or my guilt. I am not the kind of person who gets into trouble or has no regard for rules. I made a grave error in judgment and I will pay for it for the rest of my life as a felon.

I do not make excuses for my actions. I just simply want to explain how a law-abiding single mother got caught up in such a legal mess. I made bad decisions and used poor judgment. I can assure you and the courts this is not something I will ever repeat. I am embarrassed and appalled at my own actions and simply wish to pay my debts and live out a quiet life with my family. I do wish to continue my life of community service as I had prior to this arrest and will find a place to do so again even if it isn't in the cheer community I have come to love all these years.

I sincerely apologize to the City of West Haven, its citizens, the federal government and the courts. West Haven has been my home my entire life and my roots run deep. It embarasses me to know I have hurt the city in any way. I truly am remorseful for my actions and the damage it may have brought upon the city.

Thank you for your time and for giving me a chance to better explain myself.

Sincerely,
Lauren DiMassa (Knox)

# NOEL KANLONG

521 SAVIN AVE • WEST HAVEN, CT 06516 • PHONE • (203) 691–0702
EMAIL: nkanlong@gmail.com

---

To: The Honorable Omar A. Williams
    United States District Court
    450 Main Street
    Hartford, CT 06103
CC: attflor@aol.com
    laurenknox1984@gmail.com

**RE: Lauren DiMassa (formerly known as: Lauren Knox)**

March 16, 2023

Dear Judge Williams,

My name is Noel Kanlong and I have known Lauren DiMassa (fka: Lauren Knox) for approximately 10 years. We met when our daughters were placed together on a youth cheer team. I graduated from Smith College in 2000 with a B.A. in Mathematics and I am currently a software programmer at Winklevoss Technologies (a.k.a WinTech) where I have been employed since 2002. I am married and my husband and I have a blended family with a combined six children whose ages range from 17 to 27 and a newly rescued dog. We have lived at our current residence in West Haven for almost 19 years. Our family has been heavily involved in our community through various youth athletic, performing arts and clubs, as well as community service programs such as the New Haven Downtown Evening Soup Kitchen where we regularly volunteer. I am happy to provide further information, upon request.

When I first met Lauren, she was just another cheer parent turned volunteer cheer coach with whom I happened to spend a lot of time due to my own family's volunteerism within the youth program. However, over the last decade, I have grown to love, trust and value Lauren as a close friend. While I recognize that Lauren has pled guilty to the various charges brought against her, I hope that I can show you more about Lauren as a person whose friendship has enriched me and my family's life.

Lauren is unwaveringly and selflessly devoted to her children – those she birthed and those she has coached. Following her girls' passion in cheer, she has donated countless hours as a volunteer cheer coach for multiple area youth cheer teams. While she was not assigned to coach my daughter's cheer team, she was always available to assist in whatever capacity was needed. In high school, my daughter, along with Lauren's daughters, was assigned to Lauren's cheer team as a student demonstrator (Jr. coach). Recognizing that it was going to be difficult for us to manage the drive back and forth from West Haven to Ansonia around our other obligations, Lauren offered to drive my daughter home after every practice so that she could participate. This was not unusual – Lauren's car was regularly filled with other kids who needed rides to and from practice. Additionally, during this time, Lauren regularly stayed for an extra one to two hours after her daughters' team practice ended to assist with other team practices. While this meant

that my daughter also stayed late, I never minded because my daughter loved working with Lauren and mentoring the younger kids. For over a year, while working closely with Lauren, my daughter was able to learn the skills and dedication necessary from her to coach a youth cheer team – from attending required trainings to putting together music and choreography to training young children to stunt, jump and dance while also mentoring and training older teens to coach. As soon as one competition season ends, the work begins for the following season in an endless cycle which Lauren embraced. This all while also raising her own children mostly on her own.

Lauren connects with tweens and teens like no other person I know. When my middle son was struggling in middle school, she picked him up every day after school and supervised him until my husband or I were available. She patiently helped him with his daily homework, earning his trust until he opened-up to her about things that were happening in school and life. This is our very immovable strong-willed child who barely trusts or communicates with anyone! Lauren's engagement helped us to better understand and advocate for our son. Lauren has also been a steadfast rock for my youngest daughter who has struggled with bullying and confidence throughout high school. Lauren consistently lifts her up with kind words of affirmation and compassion. My daughter knows she can text or call Lauren about anything at any time to receive sound advice and encouragement. I am so grateful that my children have found a confidant in Lauren as a trusted adult who also loops me in when necessary.

Over the years of raising six kids with varying abilities and interests, plenty of adults have come into our lives as parents of children who happen to be involved in the same sports, performing arts and clubs as our kids. Early on in my parenting life I learned that most of these people are just temporary figures who exit our lives as quickly as they entered. Most I keep at arm's length and only a very few are genuine enough to warrant developing a true and enduring friendship. As a friend, I have leaned on Lauren as a trustworthy sounding board more times than I count over the last few years. When things feel overwhelming, she helps me weed through the noise and focus on just the stuff that matters. She is genuine and straight forward. I can always trust that she will validate my feelings when warranted, but also tell me the truth when my expectations are unreasonable.

Lauren is a kind, generous and reliable person who gives tirelessly by volunteer coaching, offering rides to kids who would otherwise not be able to participate in cheer, babysitting for a parent without available childcare or lending a voice of unwavering support at the end of a very long day. While many other people expect equal trade in favors, she generously gives in acts of goodwill without keeping score or expecting anything in return. You can always depend on her. If she says she will do something, you can always trust that it will get done. She has absolutely dropped everything to come to the aid of a friend or a child in need. Knowing Lauren has made me a better mother and friend. My family and I are truly grateful to have her in our lives.

Thank you, Your Honor, for your time and consideration. Please feel free to contact me if you would like any additional information or have any questions.

Sincerely,

*Noël Kanlong*

Noel Kanlong