

Bop.gov Mobile Version | USA.gov | Justice.gov | Open Government